634 A.2d 1113

Daniel R. BERNSTEIN and Willy F. Groninger, Appellants,

v.

COMMONWEALTH of Pennsylvania; The Hon. Robert Casey, Governor of the Commonwealth of Pennsylvania, et al., Appellees.

Supreme Court of Pennsylvania.

Submitted July 20, 1993.

Decided Dec. 28, 1993.

George Bristol, Harrisburg, for appellants.

Frank A. Fisher, Jr., Harrisburg, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, J.

## *ORDER*

PER CURIAM.

Order affirmed.